In the Matter of the Application of SOUND REALTY COMPANY v. GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York. PAUL WINDELS. as Corporation Counsel, etc.; SOUND REALTY COMPANY. In the Matter of the Application of ISAAC LEFKOWITZ v. GEORGE P. NICHOLSON, as Corporation Counsel, etc. PAUL WINDELS, as Corporation Counsel, etc.; ISAAC LEFKOWITZ.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY.— Order resettled and filed. Motion for leave to appeal to the Court of Appeals granted to the extent indicated in the order. [See ante, p. 415.] Motion for reargument denied. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

## (July 2, 1937.)

ABRAHAM ROZMAN v. JOSEPH CHROMOW and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of SARA M. FRANK, an Alleged Incompetent Person; BERTHA BRODLEY; SARA M. FRANK; JOHN F. KEATING.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOHN O'KEEFE and Others v. LOCAL 463 OF THE UNITED ASSOCIATION OF PLUMBERS AND GAS FITTERS OF THE UNITED STATES AND CANADA, etc., and Others. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

STATE STREET TRUST COMPANY v. ALWIN C. ERNST and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

ELSIE HAND v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GASPAR RUSSO, an Infant, by ANNA RUSSO, His Guardian ad Litem, v. HUISKING HOLDING CORP. and Others, Impleaded with BLUE KITCHENS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking

required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HYMAN MOSS v. METROPOLITAN LIFE INSURANCE Co. and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MURRAY LEITNER against NEW YORK TELEPHONE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

OTTO FRANK, Suing on Behalf of Himself and All Other Stockholders of NIAGARA HUDSON POWER CORPORATION, etc., v. FLOYD L. CARLISLE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

## (July 16, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LUCIANO, Alias LUCKY LUCIANO, Alias CHARLES LUCANIA, Alias LUCKY, Alias CHARLES LANE, Alias CHARLES REID, Alias CHARLES ROSS; THOMAS PENNOCHIO, Alias TOMMY BULL, Alias THOMAS NELSON, Alias THOMAS SULLIVAN; DAVID BETILLO, Alias DAVID PETILLO, Alias ROBERT QUELLO, Alias DAVID ROSSA, Alias LITTLE DAVIE; JAMES FREDERICO, Alias JIMMY FREDERICKS, Alias GOLDBERG; ABRAHAM WAHRMAN, Alias ABE HELLER, Alias ABIE; and RALPH LIGUORI, Appellants, Impleaded with Others, Defendants.

Judgments and orders affirmed. No opinion.

Martin, P. J., Dore and Callahan, JJ., concur; Untermyer, J., concurs in the affirmance of the judgments as to all defendants, except as to the sentences, which he is of opinion are excessive and should be reduced; and also votes to modify the order denying the motion for a new trial on the ground of newly-discovered evidence as to the defendant Luciano. Opinion by Untermyer, J. Cohn, J., votes for affirmance of the judgments as to all defendants but concurs with Untermyer, J., with respect to the motion for a new trial. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

UNTERMYER, J. I concur in the affirmance of the judgments as to all the defendants, except that in my opinion the sentences are excessive and, under the authority vested in us by section 543 of the Code of Criminal Procedure, should be reduced.